U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 1 6 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KATHY B. LANDRY | : | **DOCKET NO. 2:05 CV 2185** |
| VS. | : | **JUDGE MINALDI** |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED, ADJUDGED, and DECREED that this matter be, REVERSED and REMANDED with instructions to award benefits for a closed period from the earliest eligibility date (the month following the November 5, 2003 application date) until June 30, 2004. The Commissioner's decision is otherwise AFFIRMED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __16__ day of __March__, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE